```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

LLOYD R. TRACKWELL,              )
                                 )
            Plaintiff,           )         4:05CV3197
                                 )
     v.                          )
                                 )
F. WARD HOPPE, ANDREW            )         ORDER
JACOBSEN, GARY LACY, RANDY       )
KING, GUS HITZ, and ROBERT       )
MOLINE,                          )
                                 )
            Defendants.          )
                                 )


     This matter is before the court on its own motion.  Pursuant to NECivR 5.1(b), all documents submitted for filing in civil cases in this district, no matter when a case was originally filed, shall be filed electronically using the court's CM/ECF System.  The only exceptions to this requirement are:

    (1)  Parties proceeding pro se;

    (2)  Cases filed under seal;

    (3)  Documents excepted from electronic filing
         requirements by the provisions of the Administrative Procedures

    (4)  Cases in which counsel applies for and receives
         permission from the assigned judge to file
         documents in paper format.

NECivR 5.1(c).  It has come to the court's attention that attorney Mary C. Wickenkamp persists in filing documents in paper format without receiving permission to do so.

     IT IS ORDERED that on or before the close of business (4:45 p.m.) on August 30, 2005, Attorney Mary C. Wickenkamp shall show cause by written affidavit why s/he cannot comply with NECivR 5.1.

---

    [1] The Civil Administrative Procedures are posted at http://www.ned.uscourts.gov/localrules/index.html.

DATED this 15th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge