```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| LLOYD R. TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3197 |
| | ) | |
| v. | ) | |
| | ) | |
| F. WARD HOPPE, ANDREW JACOBSEN, GARY LACY, RANDY KING, GUS HITZ and ROBERT MOLINE, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff's counsel has responded to the order to show cause dated August 15, 2005.

IT THEREFORE HEREBY IS ORDERED,

The show cause order dated August 15, 2005 (filing 4) is withdrawn.

DATED this 21st day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge