IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LLOYD R. TRACKWELL,            )
                               )
              Plaintiff,       )        4:05CV3197
                               )
         v.                    )
                               )
F. WARD HOPPE, ANDREW          )        ORDER
JACOBSEN, GARY LACY, RANDY     )
KING, GUS HITZ, and ROBERT     )
MOLINE,                        )
                               )
              Defendants.      )
                               )

     The plaintiff initiated this lawsuit by filing his complaint
on August 11, 2005.  More than four months have passed since the
plaintiff's initial complaint was filed.

     To date, the plaintiff has filed no proof of service as
required under Federal Rule of Civil Procedure 4(l) stating that
the initial complaint was served on any of the defendants, and
none of the defendants have voluntarily appeared.

     IT THEREFORE HEREBY IS ORDERED:  The plaintiff is given
until January 5, 2006 to show cause why this case should not be
dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for
want of prosecution.

     DATED this 29th day of December, 2005.

                         BY THE COURT:

                         s/ David L. Piester

                         David L. Piester
                         United States Magistrate Judge