IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LLOYD R. TRACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3197 |
| | ) | |
| v. | ) | |
| | ) | |
| F. WARD HOPPE, ANDREW JACOBSEN, GARY LACY, RANDY KING, GUS HITZ and ROBERT MOLINE, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's Voluntary Dismissal, filing 8, construed as a motion to dismiss is granted.

DATED this 19th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge